IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**JONATHAN STRICKLAND, an individual,**

    Plaintiff,

v.                                                            Case No. CIV-23-00116 KG/KRS

**CITY OF LAS CRUCES, a municipal entity; JOSHUA SAVAGE, individually and in his official capacity as a sergeant for the Las Cruces Police Department, MANUEL FRIAS, individually and in his official capacity as a police officer for the Las Cruces Police Department; NATHAN KRAUSE, individually and in his official capacity as a police officer for the Las Cruces Police Department; DANIEL BENOIT, individually and in his official capacity as a police officer for the Las Cruces Police Department; ANTHONY LUCERO, individually and in his official capacity as a police officer for the Las Cruces Police Department; and DOES 1-50, inclusive, individually and in their official capacity as police officers for the Las Cruces Police Department,**

    Defendants.

## STIPULATED ORDER
## EXTENDING PRETRIAL DEADLINES AND BRIEFING SCHEDULE

**THIS MATTER** came before the Court for consideration of the parties' Joint Motion to Extend Pretrial Deadlines and Briefing Schedule. This Court reviewed the Motion and arguments made therein and considered that all the parties to this litigation joined the Motion. Accordingly, this Court finds that the Joint Motion to Extend Pretrial Deadlines and Briefing Schedule is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that:

A. The Joint Motion to Extend Pretrial Deadlines and Briefing Schedule is **GRANTED**;

B. The deadlines set forth in the Scheduling Order [Doc. 17], are **VACATED**;

C. The deadline for Plaintiff's Rule 26(a)(2) expert disclosure is extended to November 6, 2023;

D. The deadline for Defendants= Rule 26(a)(2) expert disclosure is extended to December 6, 2023;

E. The deadline for the termination date for discovery is extended to February 2, 2024;

F. The deadline for supplementing discovery/disclosures is extended to February 2, 2024;

G. The deadline for motions relating to discovery is extended to February 19, 2024; and

H. The deadline for pretrial motions other than discovery motions is extended to March 4, 2024.

                                             _/s/ Kevin Sweazea_
                                             The Honorable Kevin R. Sweazea
                                             United States Magistrate Judge

**Submitted by**:

**ROBLES, RAEL & ANAYA, P.C**.

/s/ Luis Robles
Luis Robles
500 Marquette Ave., NW, Suite 700
Albuquerque, New Mexico 87102
(505) 242-2228
(505) 242-1106 (facsimile)
luis@roblesrael.com
*Attorney for City Defendants*

**Approved By:**

/s/ Julia N. Quesada, Esq.
Julia N. Quesada, Esq. (SBN 337872)
DeWitt M.Lacy, Esq. (SBN 258789)
Lena P. Andrews, Esq. (SBN 342471)
Burris, Nisenbaum, Curry, & Lacy LLP
9701 Wilshier Blvd., Suite 1000
Beverly Hills, California 90212
(310) 601-7070
(510) 839-3882 (facsimile)
julia.quesada@bncllaw.com
dewitt@bncllaw.com
lena.andrews@bncllaw.com

John L. Burris, Esq. (SBN 69888)
Burris, Nisenbaum, Curry, & Lacy LLP
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
(510) 839-5200
(510) 839-3882 (facsimile)
burris@lmi.net

 and

Victoria L. Lucero, Esq. (SBN 153070)
Law Office of Victoria Lucero LLP
316 Osuna Road NE., Building 2
Albuquerque, New Mexico 87107
abogada@victorialucerolaw.com

*Attorneys for Plaintiff*