IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JONATHAN STRICKLAND,

    Plaintiff,

v.                                              CV No. 23-0116 KG/KRS

CITY OF LAS CRUCES, *et al.*,

    Defendants.

## ORDER OF REFERENCE

In accordance with the provisions of 28 U.S.C. §§ 636(b)(1)(B), (b)(3), and *Va. Beach Fed. Sav. & Loan Ass'n v. Wood*, 901 F.2d 849 (10th Cir. 1990), this matter is referred to Magistrate Judge Kevin R. Sweazea to conduct hearings, if warranted, including evidentiary hearings, and to perform any legal analysis required to recommend to the Court an ultimate disposition of the following motions: *City Defendants' Daubert Motion No. IV: To Exclude the Testimony of Dr. Roberto Contreras* (Doc. 72)*;* and *City Defendant's Daubert Motion No. V: To Exclude Plaintiff's Expert Witness, Roy Theophilus Bent, Jr.* (Doc 73).  The Magistrate Judge will submit an analysis, including findings of fact, if necessary, and recommended disposition, to the District Judge assigned to the case, with copies provided to the parties.  The parties will be given the opportunity to object to the proposed findings, analysis, and disposition as described in 28 U.S.C. § 636(b)(1).  Objections must be filed within fourteen (14) days after being served with a copy of the proposed disposition.

                                                                            _____
                                                                            UNITED STATES DISTRICT JUDGE