IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JONATHAN STRICKLAND,

    Plaintiff,

v.                                             Case No. 23-cv-116 KG/KRS

CITY OF LAS CRUCES, *et al.*,

    Defendants.

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Defendants' Motion for Leave to File Excess Pages, (Doc. 86), filed March 31, 2024. Plaintiff opposed the Motion but did not file a response. (Doc. 86) at 2. Having considered the Motion and applicable laws, the Court grants the Motion.

Defendant requests leave to file 36 pages in its Reply to Plaintiff's Response to Defendants' Motion for Partial Summary Judgment. Plaintiff elected to consolidate his Responses to Defendants' three Motion's for Partial Summary Judgment, (Docs. 63, 65, 67). *See* (Doc. 79). According to D.N.M.LR-Civ. 7.5, a response must not exceed 24 pages and a reply must not exceed 12 pages. Notably, Plaintiff consolidated his 35-page Response, (Doc. 79), without asking leave from this Court. The Court sees no difference between three 12-page motions and one consolidated 36-page motion. The Court also finds no prejudice to Plaintiff considering his initial election to consolidate his Responses.

For the reasons discussed above, Defendants' Motion for Leave to File Excess Pages, (Doc. 86), is granted.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE