IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JONATHAN STRICKLAND,

    Plaintiff,

v.                                                                         Civ. No. 23-116 KG/KRS

CITY OF LAS CRUCES, *et al.*,

    Defendants.

<u>SUMMARY ORDER</u>

This matter comes before the Court following Judge Sweazea's Order, Doc. 160, vacating the settlement conference scheduled for May 28, 2025. On May 1, 2025, the Court held a status conference to schedule a jury trial. The jury trial is set to begin on Monday, August 18, 2025, with the Pretrial Conference to be held on Wednesday, August 6, 2025. The Court will enter a separate scheduling order with various deadlines. For the reasons stated on the record, the Court orders:

1. Plaintiff's second deposition be scheduled and completed no later than May 30, 2025, or 30 days from this Order, whichever is earlier.

2. Plaintiff's counsel of record, DeWitt Lacy, Julia Quesada, Lena Andrews, and John Burris, file a Notice of Compliance with this Order that each attorney has reviewed the Federal District of New Mexico Local Rules no later than the close of business on May 9, 2025.

IT IS SO ORDERED.

                                              /s/ KENNETH J. GONZALES[1]
                                              CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.