IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JONATHAN STRICKLAND,

    Plaintiff,

v.                                                                            No. 2:23-cv-116 KG/KRS

CITY OF LAS CRUCES, JOSHUA SAVAGE,
MANUEL FRIAS, NATHAN KRAUSE,
DANIEL BENOIT, and ANTHONY LUCERO,

    Defendants.

**ORDER SETTING JURY SELECTION AND STATUS CONFERENCE**

THIS MATTER has been referred to the undersigned with the parties' consent for purposes of conducting jury selection for the civil jury trial scheduled to begin before the Honorable Kenneth J. Gonzales on August 18, 2025. After consultation with the parties, the Court orders the following:

1. Jury selection shall take place on **August 15, 2025**, beginning at **9:00 a.m.** at the U.S. District Courthouse, Courtroom TBD, 100 N. Church Street, Las Cruces, New Mexico.

2. Eight jurors will be selected, all of whom will participate in the verdict unless excused during trial or deliberation for good cause. *See* Fed. R. Civ. P. 47(c); Fed. R. Civ. P. 48(a). Unless the parties stipulate otherwise, the verdict must be unanimous and must be returned by a jury of at least six members. *See* Fed. R. Civ. P. 48(b).

3. The parties shall file proposed voir dire questions on or before **August 4, 2025**.

4. Objections to the opposing side's proposed voir dire questions shall be filed on or before **August 7, 2025**.

5. The Court will conduct a telephonic status conference on **August 13, 2025** at **9:00 a.m.** to consider the objections and finalize the voir dire questions. The parties are directed to call

Judge Sweazea's WebEx teleconference line at **(855) 244-8681**, and enter Meeting Number **2300 989 9447#**, to be connected to the proceedings.

      6.      The Court intends to allow each party three peremptory challenges, with all of the Defendants together constituting a single party, *See* 28 U.S.C. § 1870; Fed. R. Civ. P. 47(b). If any party seeks more than three peremptory challenges, they are directed to file a motion on or before **August 8, 2025**. Responses will be due **August 11, 2025**, and the Court will address the motion(s) during the August 13, 2025 telephonic conference.

      7.      The parties are directed to contact the Court through the proposed order email address (*Sweazeaproposedtext@nmd.uscourts.gov*) if an issue related to jury selection needing prompt attention were to arise between now and the August 4 voir dire deadline, and the Court will set a status conference to resolve the issue promptly.

**SO ORDERED this 27th day of May 2025.**

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE