IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JONATHAN STRICKLAND,

     Plaintiff,

v.                                  Case No. 23-cv-116 KG/KRS

CITY OF LAS CRUCES, *et al.*,

     Defendants.

<u>MEMORANDUM OPINION AND ORDER</u>

     This matter is before the Court *sua sponte*.  In the interest of judicial efficiency for the July 3, 2025, Status Conference, the Court finds it necessary that the parties meet and confer prior to the hearing.  Therefore, the parties shall meet and confer on or before June 27, 2025, to determine whether and to what extent the parties stipulate to pending Motions in *Limine* or the contested issues therein.  The parties shall certify to the Court, in writing, no later than 5:00 p.m. on July 1, 2025, that they met and conferred in good faith.  The parties must also submit to the Court any stipulations by 5:00 p.m. on July 1, 2025.

     IT IS SO ORDERED.

                        /s/_____
                        KENNETH J. GONZALES[1]
                        CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.