IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JONATHAN STRICKLAND,

    Plaintiff,

v.                                                 Case No. 23-cv-116 KG/KRS

CITY OF LAS CRUCES, *et al.*,

    Defendants.

## MEMORANDUM OPINION AND ORDER

    This matter is before the Court on Defendants' Motion's in Limine: (1) the Exclusion of Evidence at Trial Regarding Defendant and Witness Officers' Use of Force in Prior and Subsequent, Unrelated Incidents (Doc. 176); (2) the Exclusion of Evidence at Trial Regarding Police Standard Operating Procedures, Training, and Less Intrusive Alternatives (Doc. 177); (3) Barring Any Reference to the Providence, Rhode Island Hiring Scandal or Attempt to Suggest Defendant Officers' Expert Jack Ryan was Involved in Such a Scandal (Doc. 178); and (4) Admission of Strickland's Videotaped Statements (Doc. 183). These Motions were filed on June 8, 2025. The Court set a deadline for responses on June 16, 2025, (Doc. 165), and Plaintiff has failed to file responses to this date. According to D.N.M.LR-Civ. 7.1(b), "[t]he failure of a party to file and serve a response in opposition to a motion within the time prescribed for doing so constitutes consent to grant the motion." Here, the Court deems Plaintiff's failure to file responses to the above-named Motions as consent to grant them. Thus, the Court GRANTS Defendants' Motion's in Limine Nos: I, II, III, and VII, (Docs. 176-178, 183).

    IT IS SO ORDERED.

                                        /s/_____
                                        KENNETH J. GONZALES[1]
                                        CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.