IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JONATHAN STRICKLAND

    Plaintiff,

v.                                                                         Civ. No. 23-116 KG/KRS

CITY OF LAS CRUCES, *et al.*,

    Defendants.

## SUMMARY ORDER

On August 8, 2025, the Court held a hearing styled as the Pretrial Conference (PTC). On August 5, 2025, the Court entered an Order to Show Cause for Lack of Prosecution and Failure to Follow Court Orders and Local Rules (OTSC). (Doc. 248). Later that same day, Plaintiff filed a Motion to Continue Trial. (Doc. 249). Defendants filed their Response in Opposition, (Doc. 251), on August 6, 2025. Ultimately, the Court granted Plaintiff's Motion to Continue and therefore did not discuss ordinary PTC matters. For the reasons stated on the record, the Court orders:

1. Plaintiff's Motion to Continue Trial, (Doc. 249), is GRANTED.

2. The Court's Order to Show Cause, (Doc. 248), is held in abeyance.

3. Plaintiff's counsel shall speak with Plaintiff regularly and be prepared to discuss his availability for trial at the upcoming scheduling conference. This includes ascertaining Mr. Strickland's potential release date to the best of Plaintiff's counsels' ability; and informing the Court of steps taken towards securing Mr. Strickland's presence at trial either out of custody, in custody via a *writ of habeas corpus ad testificandum*, in custody via video testimony, or his consent to admit his deposition testimony instead of live

testimony.

4. Defendants may file a receipt of reasonable travel costs they incurred as a result of the continuance by August 22, 2025. Plaintiff may file objections to these costs by September 5, 2025.

5. Both Plaintiff and Defendants shall be prepared to set a trial for up to seven (7) days at the upcoming scheduling conference.

IT IS SO ORDERED.

/s/_____
KENNETH J. GONZALES[1]
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.