IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JONATHAN STRICKLAND

    Plaintiff,

v.                                                                                       Civ. No. 23-116 KG/KRS

CITY OF LAS CRUCES, *et al.*,

    Defendants.

## SUMMARY ORDER

This matter comes before the Court following the Status Conference on August 20, 2025. During the hearing, the Court reset the jury trial to begin on Wednesday, February 18, 2026, with the Pretrial Conference to be held on Thursday, February 5, 2026. For the reasons stated on the record, the Court orders:

1. All previous deadlines set forth in the Notice of Civil Jury Trial, (Doc. 165), and in the Corrected Pretrial Order, (Doc. 230), remain in effect.

2. Plaintiff's counsel shall submit a status update regarding Plaintiff's criminal status following his mid-September criminal hearing.

3. Plaintiff's counsel remains obligated to update the Court with any significant changes to Plaintiff's physical status.

IT IS SO ORDERED.

                                                       /s/_____
                                                       KENNETH J. GONZALES[1]
                                                       CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.