IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JONATHAN STRICKLAND,

    Plaintiff,

v.    Case No. 23-cv-116 KG/KRS

CITY OF LAS CRUCES, *et al.*,

    Defendants.

## ORDER AWARDING COSTS

    This matter is before the Court following its Summary Order, (Doc. 254), wherein the Court ordered Plaintiff sit for a second deposition and bear all costs associated. On August 13, 2025, Defendants filed their Bill of Costs, (Bill), incurred for Plaintiffs second deposition. (Doc. 258). To this date, Plaintiff has not submitted objections which the Court construes as consent to the Bill.[1] After reviewing the Bill, the Court determines the amount of money requested is reasonable given the costs Defendants incurred. Therefore, the Court awards Defendants $5,166.64 for costs associated with taking Plaintiff's second deposition. Payment is due by October 10, 2025. Plaintiff shall file a Notice of Satisfaction once payment has been made.

    IT IS SO ORDERED.

    /s/_____
    KENNETH J. GONZALES[2]
    CHIEF UNITED STATES DISTRICT JUDGE

---

[1] "The failure of a party to file and serve a response in opposition to a motion within the time prescribed for doing so constitutes consent to grant the motion." D.N.M.LR-Civ. 7.1(b).

[2] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.