IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JONATHAN STRICKLAND,

    **Plaintiff,**

v.                                                             No. 2:23-cv-116 KG/KRS

**CITY OF LAS CRUCES, JOSHUA SAVAGE, MANUEL FRIAS, NATHAN KRAUSE, DANIEL BENOIT, and ANTHONY LUCERO,**

    **Defendants.**

### SUMMARY ORDER CONCERNING JURY SELECTION

THE MATTER of jury selection being before the Honorable Kevin R. Sweazea pursuant to the notices of consent previously filed by the parties, Docs. 166 and 167, the undersigned orders as follows:

1. Jury selection shall take place on February 17, 2026, beginning at 9:00 a.m. at the U.S. District Courthouse, Courtroom TBD, 100 N. Church Street, Las Cruces, New Mexico.

2. Eight jurors will be selected, all of whom will participate in the verdict unless excused during trial or deliberation for good cause. See Fed. R. Civ. P. 47(c); Fed. R. Civ. P. 48(a). Unless the parties stipulate otherwise, the verdict must be unanimous and must be returned by a jury of at least six members. See Fed. R. Civ. P. 48(b).

3. Judge Sweazea shall conduct such hearings as he might deem necessary or helpful in connection with preparation for and the selection of a jury. In connection with such proceedings, Judge Sweazea shall determine the questions, if any, a party may ask potential jurors during voir dire. Judge Sweazea will also address and rule upon any objections Judge

Sweazea may permit opposing counsel to interpose regarding proposed voir dire questions a party may seek to ask potential jurors.

4. Document 280 addressed and ruled upon Plaintiff's motions seeking a Northern New Mexico jury panel, the use of a special juror questionnaire, and Plaintiff's request for a standing order of decorum, so those issues are determined. Document 280 was not intended by the Court to rule upon the questions a party may or may not be permitted to ask during in-person voir dire, or objections opposing counsel might interpose to questions that a party might propose to ask during in-person voir dire, or any pending motions relating to those issues. To the extent that there is a conflict between this order and Document 280, this order shall control.

**IT IS SO ORDERED.**

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.