IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JONATHAN STRICKLAND,

    Plaintiff,

v.                                                No. 2:23-cv-00116-KG-KRS

CITY OF LAS CRUCES, et al.,

    Defendants.

## ORDER

This matter is before the Court on Defendants' revised bill of costs related to the vacated trial, Doc. 268. The Court previously granted in part and denied in part Defendants' bill of costs, allowing costs for Brandi Campbell and Nathan Krause but denying costs relating to Jack Ryan and rental cars. Doc. 267. The Court permitted Defendants to submit an amended bill as to the denied charges. *Id.* Defendants' amended bill includes an $821.66 rental car invoice for Mr. Krause. *See* Doc. 268-1. Plaintiff filed no objections.

The requested cost is reasonable. The Court previously denied rental car costs because Defendants submitted estimates rather than invoices. Doc. 267 at 2. Defendants have now provided an invoice establishing that the costs were incurred. Given this documentation and Plaintiff's failure to object, the Court grants the revised bill of costs, Doc. 268.

IT IS SO ORDERED:

(1) The Court awards $821.66 for costs associated with Mr. Krause's rental car.

(2) Payment is due by February 27, 2026. Plaintiff shall file a Notice of Satisfaction once the payment has been made.

/s/Kenneth J. Gonzales_____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.