**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**JONATHAN STRICKLAND, an individual,**

     **Plaintiff,**

**v.**                                                            **Case No. 2:23-cv-00116 KG/KRS**

**CITY OF LAS CRUCES, et. al.,**

     **Defendants.**

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

THIS MATTER came before the Court on Plaintiff's Unopposed Motion for Withdrawal of Counsel. The Court being fully advised in the premises, finds that the Motion is well-taken and should be GRANTED.

The Court grants Shannon L. Kennedy leave to withdraw as counsel for Plaintiff Jonathan Strickland. Burris, Nisenbaum, Curry, & Lacy LLP (DeWitt M. Lacy, Esq. and Julia N. Quesada, Esq.) will remain as Plaintiff's counsel.

IT IS SO ORDERED.

/s/Kenneth J. Gonzales_____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

2

Submitted By:

**THE KENNEDY LAW FIRM, P.C.**

*/s/ Shannon L. Kennedy*
Shannon L. Kennedy (SBN 8128)
P.O. Box 26776
Albuquerque, NM 87125-6776
P: 505-244-1400 | F: 505-244-1400
slk@civilrightslaw.com

Approved By:

*/s/ Luis Robles via email on 02/23/26*
Luis Robles
Heath Skroch
Attorneys for Defendant Officers
500 Marquette Ave., NW, Suite 700
Albuquerque, New Mexico 87102
(505) 242-22289
(505) 242-1106 (facsimile)
luis@roblesrael.com
heath@roblesrael.com

2