IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JONATHAN STRICKLAND, an individual,

     Plaintiff,

v.                                          Case No. CIV-23-00116 KG/KRS

CITY OF LAS CRUCES, a municipal
entity; JOSHUA SAVAGE, individually and
in his official capacity as a sergeant for the
Las Cruces Police Department, MANUEL
FRIAS, individually and in his official
capacity as a police officer for the Las
Cruces Police Department; NATHAN
KRAUSE, individually and in his official
capacity as a police officer for the Las
Cruces Police Department; DANIEL
BENOIT, individually and in his official
capacity as a police officer for the Las
Cruces Police Department; ANTHONY
LUCERO, individually and in his official
capacity as a police officer for the Las
Cruces Police Department; and DOES 1-50,
inclusive, individually and in their official
capacity as police officers for the Las Cruces
Police Department,

     Defendants.

JUDGMENT

THIS MATTER came for trial in Las Cruces on February 17, 2026, through February 26,

2026, before this Court and a jury. The issues were duly tried and the jury rendered its verdict on

February 26, 2026, finding against Plaintiff and in favor of Defendants. The Court therefore orders

that the Plaintiff recover nothing and that the action is dismissed on the merits. Pursuant to Rule

58(b)(2), the Clerk, shall enter judgment against Plaintiff and for Defendants. Should Defendants

seek costs under Rule 54, he must file a "Bill of Costs" within 14 days of the date of this order.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

2